Billy LAMPTON, Petitioner–Appellant,

v.

Fredrick MENIFEE, Warden,
Respondent–Appellee.

No. 06–30292
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 13, 2007.

Billy Lampton, Pollock, LA, pro se.

Before BARKSDALE, GARZA, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Billy Lampton, federal prisoner
# 25078–034, appeals the district court's
denial of his 28 U.S.C. § 2241 petition
challenging his conviction for engaging in a
continuing criminal enterprise. Lampton
argues that he is actually innocent of en-
gaging in a continuing criminal enterprise
under this court's decision in *United States
v. Bass*, 310 F.3d 321 (5th Cir.2002). He
maintains that he may bring his claim in a
§ 2241 petition under the savings clause of
28 U.S.C. § 2255 because *Bass* resolved a
question of first impression in this court,
demonstrating that his claim was foreclos-
ed prior to *Bass*.

We review the district court's findings of
fact for clear error and its conclusions of
law de novo. *See Christopher v. Miles*,
342 F.3d 378, 381 (5th Cir.2003). Lamp-
ton's claim relies upon our decision in
*Bass*, and Lampton does not cite to any
new Supreme Court cases in support of his
claim. As he has not shown that his claim
is based upon a retroactively applicable
Supreme Court decision that decriminal-
ized the conduct for which he was convict-
ed, Lampton has not made the required
showing to challenge his conviction in a
§ 2241 petition. *See id.* at 382.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.